2348, 147 L.Ed.2d 435 (2000). Jimenez concedes that his argument is foreclosed by our opinion in *United States v. Slaughter*, 238 F.3d 580, 581–82 (5th Cir.2000) (revised opinion), *cert. denied*, 532 U.S. 1045, 121 S.Ct. 2015, 149 L.Ed.2d 1015 (2001), which rejected a broad *Apprendi*-based attack on the constitutionality of that statute. He raises the issue only to preserve it for Supreme Court review. A panel of this court cannot overrule a prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court. *Burge v. Parish of St. Tammany*, 187 F.3d 452, 466 (5th Cir. 1999). No such decision overruling *Slaughter* exists. Accordingly, Jimenez's argument is foreclosed.

AFFIRMED.

---

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Counsel appointed to represent Danny Odell Owens has filed a motion for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Owens has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Danny Odell OWENS, Defendant–
Appellant.**

No. 02–21349.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

---

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Brian JOHNSON, Defendant–Appellant.**

No. 02–31082.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.